IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL BRODHEIM,** | No. 2:05-CV-1512 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **LOUIE DININNI, et al.,** | |
| Defendants. | |

Defendants have requested an extension of time to respond to the amended complaint filed August 30, 2006. The Court finds good cause and grants the request. Defendants shall respond to the amended complaint on or before May 3, 2006.

Dated: 4/10/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

brod1512.po

[Proposed] Order

1