IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRODHEIM,

      Plaintiff,                        No. CIV S-05-1512 LKK GGH P

    vs.

LOUIE DININNI, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        On August 11, 2006, plaintiff filed an objection to the order denying motion for the appointment of counsel. Plaintiff's objection is construed as a request for reconsideration of the magistrate judge's order filed July 27, 2006, denying plaintiff's motion for the appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 27, 2006, is affirmed.

DATED: September 11, 2006.

                                      /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT