IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL BRODHEIM,** | No. 2:05-cv-1512-LKK-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **LOUIE DININNI, et al.,** | |
| Defendants. | |

Defendants have requested a 15-day extension of time to file their opposition to Plaintiff's motion to compel filed September 21, 2006. The Court finds good cause, grants the request, and orders as follows:

1. Defendants' request for extension of time is granted.

2. Defendants shall file their opposition to Plaintiff's motion to compel filed September 21, 2006, on or before October 18, 2006.

Dated: 10/16/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

brod1512.po2

*[Proposed] Order*

1