IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRODHEIM,

      Plaintiff,                        No. CIV S-05-1512 LKK GGH P

      vs.

LOUIE DININNI, et al.,

      Defendants.                 <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve a reply to defendants' opposition to plaintiff's October 3, 2006 motion to compel. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 27, 2006 motion for an extension of time is granted; and

      2. Plaintiff shall file and serve a reply to defendants' opposition to plaintiff's October 3, 2006 motion to compel on or before November 29, 2006.

DATED: 11/2/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
brod1512.36