IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. BRODHEIM, | ) | No. Civ. S 05-1512 LKK GGH |
| Plaintiff, | ) | |
| v. | ) | |
| LOUIE DiNINNI, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| MICHAEL J. BRODHEIM, | ) | No. Civ. S 06-2326 DFL CMK |
| Plaintiff, | ) | **RELATED CASE ORDER** |
| v. | ) | |
| M. VEAL, Acting Warden, and A. SCHWARTZNEGGER, Governor of the State of California, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rules 83-123 and 81-190(d) (E.D. Cal. 2005). The actions involve similar issues of law and fact. Accordingly, their reassignment to the same judge and magistrate judge is likely to effect a substantial savings of

1

1 judicial effort and is also likely to be convenient for the
2 parties.
3    The parties should be aware that relating the cases under the
4 Local Rules merely has the result that actions are assigned to the
5 same judge and magistrate judge; no consolidation of the actions
6 is effected.
7    IT IS THEREFORE ORDERED that the action denominated Civ. S
8 06-2326 DFL CMK, be REASSIGNED to Senior District Judge Lawrence
9 K. Karlton and Magistrate Judge Gregory G. Hollows for all further
10 proceedings, and any dates currently set in this reassigned case
11 *only* are hereby VACATED.  Henceforth, the caption on documents
12 filed in the reassigned case shall be shown as Civ. S 06-2326 LKK
13 GGH.
14    IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of civil cases to
16 compensate for this reassignment.
17    IT IS SO ORDERED.
18 Dated:  December 1, 2006

```
                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```