IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL BRODHEIM,** | No. 2:05-CV-1512-LKK-GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **LOUIE DININNI, et al.,** | |
| Defendants. | |

The parties have filed a stipulation which provides that plaintiff has withdrawn without prejudice to refiling his motion to compel filed September 21, 2006, and that defendants are not obligated to respond to the following discovery requests: 1) Plaintiff's Third Request for Production of Documents; 2) Second Set of Interrogatories and Third, Fourth, and Fifth Requests for Admissions to Defendant Schwarzenegger; 3) Plaintiff's Second Set of Interrogatories and Second, Third, Fourth, and Fifth Requests for Admissions to Defendant Kenneally or his successor in office; 4) Plaintiff's First Set of Interrogatories and First and Second Requests for Admissions to Defendant Perez or her successor in office; 5) Plaintiff's First Set of Interrogatories and First Set of Admissions to Defendant Moore or his successor in office; and 6) Plaintiff's First Set of Interrogatories and First Set of Admissions to Defendant DiNinni or his successor in office. The parties have further agreed that the court may enter an order vacating the

[Proposed] Order

1

scheduling order dates set in the order filed September 12, 2006, and scheduling a status conference for March 1, 2007.

The court finds good cause and orders as follows:

1. The dates set in the scheduling order filed September 12, 2006, are vacated;

2. The parties shall file a joint status report addressing the subjects set forth in Local Rule 16-240(a), as well as his position of whether this action should be stayed pending a decision in <u>Brodheim v. M. Veal, et al.</u>, No. 2:06-CV-02336 LKK GGH and, if not, whether discovery and scheduling in this case should be coordinated with that proceeding.

3. Defendants shall file their status report addressing the same subjects on or before February 22, 2007.

4. A status conference will be held before U.S. Magistrate Judge Gregory H. Hollows at 10:00 a.m. in Courtroom 24 on March 1, 2007.

DATED: 12/18/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

brod1512.po4

[Proposed] Order