IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Plaintiff,                    No. CIV S-05-1512 LKK GGH P

    vs.

LOUIE DININNI, et al.,

    Defendants.               <u>ORDER</u>

_____/

MICHAEL J. BRODHEIM,

    Petitioner,                 No. CIV S-06-2326 LKK GGH P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.            <u>ORDER</u>

_____/

        These related cases came on for status conference on March 1, 2007. In Case No. Civ-S-05-1512 LKK GGH P, Joe Elford appeared for plaintiff and James Flynn appeared on behalf of defendants. In Case No. Civ-S-06-2326 LKK GGH P, petitioner's counsel, David Porter, appeared; Pamela Hooley represented respondent. At the hearing, the court made the following ORDERS:

1

1. Plaintiff's amended complaint must be filed within twenty (20) days;

2. Discovery is stayed in the civil rights action, Case No. Civ-S-05-1512 LKK GGH P;

3. In the habeas case, Case No. Civ-S-06-2326 LKK GGH P, respondent must file an answer within forty-five (45) days; and

4. Petitioner must file any traverse within twenty (20) days thereafter; any amicus brief must be filed by this time as well.

DATED:  3/5/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
broa1512.41ggh