UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRODHEIM,                             )
                                              )
                    Plaintiffs,               )   No. 2:05-CV-1512 LKK-GGH-P
                                              )
          v.                                  )   **ORDER**
                                              )
LOUIE DININNI, et al.,                        )
                                              )
                    Defendants.               )
                                              )
_____)

    Good cause appearing, this Court hereby orders that plaintiff has until April 24, 2007, to file his amended complaint.

    IT IS SO ORDERED.

DATED:      3/20/07                           /s/ Gregory G. Hollows

                                              _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

brod1512.po