IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Plaintiff,                    No. CIV S-05-1512 LKK GGH P

    vs.

LOUIE DININNI, et al.,

    Defendants.             ORDER

_____/

MICHAEL J. BRODHEIM,

    Petitioner,                 No. CIV S-06-2326 LKK GGH P

    vs.

M. VEAL, Acting Warden, et al.,

    Respondents.          ORDER

_____/

        In the matter of these related cases, Case No. Civ-S-06-2326 LKK GGH P, the habeas matter is proceeding, while in the civil rights action, Case No. Civ-S-05-1512 LKK GGH P, discovery has been stayed. See Order, filed on March 5, 2007. In the 3/5/07 Order, plaintiff was directed to file an amended complaint within twenty days. By Order, filed on March 20, 2007, plaintiff was granted an extension of time until April 24, 2007, to file an amended

1

1 complaint.

2    The amended complaint was filed timely.  Discovery having been stayed in the
3 civil rights action, Case No. Civ-S-05-1512 LKK GGH P, no response to the amended complaint
4 is due at this time.  Any response by defendants, in the form of a motion or an answer, will be
5 due only upon further order by this court.

6    IT IS SO ORDERED.

7 DATED:  5/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

10 GGH:009/bb
broa1512.ord