IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. BRODHEIM, | | |
| | Plaintiff, | No. CIV S-05-1512 LKK GGH P |
| vs. | | |
| LOUIE DININNI, et al., | | |
| | Defendants. | ORDER |
| _____/ | | |
| MICHAEL J. BRODHEIM, | | |
| | Petitioner, | No. CIV S-06-2326 LKK GGH P |
| vs. | | |
| M. VEAL, Acting Warden, et al., | | |
| | Respondents. | ORDER |
| _____/ | | |

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

MICHAEL J. BRODHEIM,

        Petitioner,                 No. CIV S-08-2094 CMK P

   vs.

V.M. CATE, et al.,

        Respondents.             ORDER

_____/

        In the matter of the related cases, Case No. Civ-S-06-2326 LKK GGH P, a habeas matter, and Case No. Civ-S-05-1512 LKK GGH P, a civil rights action, the court has received the Notice of Related Cases, filed on October 6, 2008, concerning Case No. CIV-S-08-2094 CMK P. See E.D. Local Rule 83-123. The court has determined, however, that it is inappropriate to relate or reassign Case No. CIV-S-08-2094 CMK P, and therefore declines to do so. In Case No. CIV-S-06-2326 LKK GGH P, petitioner challenges a 2003 parole denial, while in Case No. CIV-S-08-2094 CMK P, petitioner challenges a 2007 Board of Parole Hearing decision finding petitioner unsuitable for parole. Thus, the two separate and discrete habeas petitions do not fit within the parameters of E.D. Local Rule 81-190(d) governing assignment of habeas petitions. It would be anomalous to relate all future habeas challenges to separate parole denials to the same district judge and magistrate judge who have been assigned to adjudicate an earlier one. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related Case Order of this court.

        IT IS SO ORDERED.

DATED: 10/10/08

                                                       /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
brod1512.non