KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants DiNinni, Kenneally,
Moore, Perez, Schwarzenegger, and their successors
in office*

Additional Counsel on Signature Block

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL BRODHEIM,**<br><br>             Plaintiff,<br><br>     v.<br><br>**LOUIE DININNI, et al.,**<br><br>             Defendants. | No. 2:05-cv-1512-LKK-GGH (PC)<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONCERNING AMENDING THE COMPLAINT AND DEFENDANTS' RESPONSE TO THE COMPLAINT**<br><br>Action Filed:  August 30, 2005 |

Under Federal Rule of Civil Procedure 15(a)(2) and Local Rules 143 and 144(a), the parties, by and through, their attorneys of record agree that Plaintiff will amend and/or supplement his complaint, if necessary, by July 1, 2013, and Defendants will file their response to the amended and/or supplemental complaint by July 31, 2013.  The reasons for this stipulation are as follows:

1

1. On May 27, 2013, Plaintiff filed his third amended and supplemental complaint (TAC) for declaratory and injunctive relief. (ECF No. 66.) Under Rule 15(a)(3), Defendants response to the TAC is due on June 10, 2013.

2. The Governor of the State of California has until about June 8, 2013, to act on the Board of Parole Hearings' (Board) findings that Plaintiff be granted parole. If the Governor does not reverse the Board's findings or fails to act such that Plaintiff is granted parole, this action will likely be moot. If the Governor reverses the Board's findings, Plaintiff seeks to file a fourth amended and/or supplement complaint (FAC) to allege these additional facts so as to make his complaint complete and up-to-date.

3. The parties agree that Plaintiff will have up to and including July 1, 2013, to file his FAC, if necessary, depending on the Governor's response to the Board's findings.

4. Defendants will respond to the FAC, if one is filed, on or before July 31, 2013.

IT IS SO STIPULATED.

Dated: June 7, 2013                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 7, 2013                                  */s/ Joseph D. Elford*

JOSEPH D. ELFORD
Attorneys for Plaintiff

SA2006300949
31704207.doc

2

**ORDER**

Based on the parties' stipulation and good cause appearing, Defendants need not respond to the third amended and supplemental complaint, filed on May 27, 2013.  (*See* ECF No. 66.)

On or before July 1, 2013, Plaintiff shall file a fourth amended complaint or take other appropriate action based on the Governor's response to the Board's findings that Plaintiff be granted parole.  If Plaintiff files a fourth amended complaint, Defendants shall file their response to the amended complaint on or before July 31, 2013.

IT IS SO ORDERED.

DATED: June 11, 2013                              /s/ Gregory G. Hollows

---
Gregory G. Hollows
United States Magistrate Judge

3

Stipulation and Order Concerning Amending the Complaint and Defendants' Response to the Complaint (2:05-cv-1512-LKK-GGH)