1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-4928
6    Facsimile: (916) 324-5205
     E-mail: Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants DiNinni, Kenneally,*
8  *Moore, Perez, Schwarzenegger, and their successors*
   *in office*
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14  **MICHAEL BRODHEIM,**                  No. 2:05-cv-1512-LKK-GGH (PC)

15                            Plaintiff,   **STIPULATION AND ORDER FOR**
                                           **PLAINTIFF TO FILE A FIFTH**
16                                         **AMENDED COMPLAINT AND FOR**
                    v.                     **DEFENDANTS TO RESPOND TO THE**
17                                         **COMPLAINT THIRTY DAYS**
    **LOUIE DININNI, et al.,**             **THEREAFTER**
18
19                            Defendants.  Action Filed:  August 30, 2005

20

21

22          Under Federal Rule of Civil Procedure 15(a)(2) and Local Rules 143 and 144, the parties,

23  through their respective counsel of record, agree that Plaintiff will file a fifth amended complaint

24  by August 30, 2013, and Defendants will file their response to the fifth amended complaint by

25  September 30, 2013.  The parties further agree that Defendants need not respond to the fourth

26  amended complaint filed on July 1, 2013.  (ECF No. 70.)  Good cause exists to grant this request

27  because Plaintiff seeks to correct and clarify various facts and claims in the complaint, and

28  Defendants require more time to respond to the complaint.

                                           1

1    Plaintiff filed his fourth amended complaint on July 1, 2013.  (ECF No. 70.)  The complaint

2  named nine Defendants, several of which are the successors to Defendants previously named and

3  served in this action.  Plaintiff seeks to amend the complaint to clarify who the newly named

4  Defendants are intended to replace as permitted under Federal Rule of Civil Procedure 25(d).

5  Plaintiff also wishes to clarify other facts asserted in the complaint.

6    Defense counsel will require an extension to respond to the fifth amended complaint (or

7  fourth amended complaint if the Court denies this request) because of her trial calendar.  She is

8  currently preparing for trial in the matters *Fields v. Junious* (E.D. Cal. No. 1:09-cv-1771 DLB)

9  and *Coston-Moore v. Medina* (E.D. Cal. No. 1:06-cv-01183 RC), which are scheduled to start on

10  August 5 and 12, respectively.  These trials are expected to go forward on the scheduled dates

11  because *Fields* was continued to August 5, so Magistrate Judge Beck could preside over the trial,

12  and Judge Collins is coming from Arizona to try *Coston-Moore*.

13    On June 7, when the parties stipulated to the July 31 deadline for Defendants to respond to

14  the fourth amended complaint, defense counsel was unaware that she would be in trial on August

15  5.  *Fields* was reassigned to Magistrate Beck, and the August 5 trial date was set on June 26.  (*See*

16  *Fields* ECF Nos. 137, 138.)  After the *Fields* and *Coston-Moore* trials, defense counsel will start

17  preparing for trial in *McDonald v. Yates* (E.D. Cal. No. 1:09-cv-00730 SKO), which is scheduled

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

2

to start on September 17, 2013, in addition to meeting deadlines in her other cases.  For these reasons, Defendants will require more time than that permitted under Rule 15 to prepare their response to the fifth amended complaint.

IT IS SO STIPULATED.

Dated:  July 31, 2013                                      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 31, 2013                                      */s/ Joseph D. Elford*

JOSEPH D. ELFORD
*Attorneys for Plaintiff*

SA2006300949
31746052.doc

3

1

**ORDER**

2          Based on the parties' stipulation and good cause appearing, Defendants need not respond to

3    the fourth amended and supplemental complaint, filed on July 1, 2013.  (*See* ECF No. 70.)

4    Plaintiff shall file his fifth amended complaint by no later than August 30, 2013.  Defendants

5    shall respond to the fifth amended complaint by no later than September 30, 2013.

6          IT IS SO ORDERED.

7

8    DATED: August 13, 2013                    /s/ Gregory G. Hollows

9                                   _____

10                                           Gregory G. Hollows
                                             United States Magistrate Judge
11   Brod1512.stip-5AC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Plaintiff to File a Fifth Amended Complaint and For Defendants to Respond to the
Complaint Thirty Days Thereafter  (2:05-cv-1512-LKK-GGH)