UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIE DININNI, et al.,<br><br>　　　　Defendants. | No.  2:05-cv-1512 LKK GGH P<br><br><br>ORDER |

The parties have stipulated that defendants will not be required to respond to the fifth amended complaint, filed August 30, 2013, due to plaintiff's request to file a sixth amended and/or supplemental complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Defendants are not required to respond to plaintiff's fifth amended complaint, filed August 30, 2013;

　　2. Plaintiff shall file a sixth amended complaint on or before October 8, 2013.

　　3. Defendants shall file their response to the amended complaint on or before November 8, 2013.

Dated: October 8, 2013

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Brod1512.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28