UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRODHEIM,

    Plaintiff,

  v.

LOUIE DININNI, et al.,

    Defendants.

No.  2:05-cv-1512 LKK GGH P

ORDER

The parties have stipulated that defendants will not be required to respond to the fifth amended complaint, filed August 30, 2013, due to plaintiff's request to file a sixth amended and/or supplemental complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants are not required to respond to plaintiff's fifth amended complaint, filed August 30, 2013;

2. Plaintiff shall file a sixth amended complaint on or before October 8, 2013.

3. Defendants shall file their response to the amended complaint on or before November 8, 2013.

Dated: October 8, 2013

                                      /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

GGH:076/Brod1512.36