KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants DiNinni, Kenneally,
Moore, Perez, Schwarzenegger, and their successors
in office*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL BRODHEIM,**<br><br>Plaintiff,<br><br>v.<br><br>**JENNIFER SHAFFER, et al.,**<br><br>Defendants. | No. 2:05-cv-1512-LKK-GGH (PC)<br><br>**STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANTS TO RESPOND TO THE SIXTH AMENDED COMPLAINT**<br><br>Action Filed:  August 30, 2005 |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 143 and 144, the parties, through their respective counsel of record, agree to a ten-day extension, up to and including November 18, 2013, for Defendants to file their response to the sixth amended and supplemental complaint, filed on October 8, 2013 (*see* ECF No. 76).  Defendants' response is currently due on November 8, 2013, based on the parties' stipulation and Court order.  (*See* ECF Nos. 74-75.)

Good cause exists to grant this extension because defense counsel had and has several deadlines that will prevent her from completing the response due here.  These deadlines include,

1

but are not limited to: motion for summary judgment in *Solomon v. Negrete* (E.D. Cal. No. 2:10-cv-2103 WBS-AC) filed November 6; responsive pleadings in *Goodman v. County of San Joaquin* (E.D. Cal. No. 2:13-cv-0538 MCE-KJN) and *Gosselin v. Tilton* (E.D. Cal. No. 1:10-cv-1974 GSA), filed November 1; and summary judgment in *Roberts v. Hernandez* (E.D. Cal. No. 2:11-cv-3308 DAD) due November 14. Defense counsel had/has to meet these deadlines soon after completing her last trial that started on October 28 and that resolved shortly thereafter. She will therefore not be able to complete Defendants' response by the current deadline and requires a short extension.

    IT IS SO STIPULATED.

Dated: November 7, 2013            Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 7, 2013            */s/ Joseph D. Elford*

JOSEPH D. ELFORD
*Attorneys for Plaintiff*

SA2006300949
31827490.doc

2

**ORDER**

Based on the parties' stipulation and good cause appearing, Defendants shall file their response to the sixth amended complaint on or before November 18, 2013.

IT IS SO ORDERED.

Dated: November 9, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Brod1512.eot.11-13