UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRODHEIM,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER SHAFFER, et al.,[1]<br><br>    Defendants. | No. 2:05-cv-1512 LKK GGH P<br><br><br><br>ORDER |

Defendants have filed an answer[2] to the sixth amended complaint. Therefore, the court will set a status conference. Good cause appearing, IT IS HEREBY ORDERED that:

1. A status conference is scheduled for January 23, 2014 at 8:45 a.m. in courtroom #9;

2. The parties shall file a joint status report by January 16, 2014, addressing the subjects set forth in Local Rule 240(a) as they pertain to this eight year old case, and any other topics pertinent to scheduling, as well as whether there should be any variation to or coordination of

/////

/////

---

[1] According to defendants, named defendants Bryson, Daly, Davis, DiNinni, Lawin, Moore, and Ziegler no longer hold office with the Board of Parole Hearings. Therefore, their identified successors have been substituted in. Fed. R. Civ. P. 25(d).

[2] A corrected answer was filed on November 19, 2013. (ECF No. 82.)

scheduling due to the related case, Brodheim v. Dickinson, No. 2:06-cv-2326 LKK GGH.

Dated: November 26, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Brod1512.sts