1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL BRODHEIM,                          No.  2:05-cv-1512 LKK GGH P

11              Plaintiff,

12        v.                                    ORDER

13   JENNIFER SHAFFER, et al.,

14              Defendants.

15

16        On February 28, 2014, the district court issued an order in Gilman v. Brown, No. 2:05-cv-

17   0830 LKK CKD, which may have conclusively determined parole issues pertinent to this case.

18   (Id., ECF No. 532.)

19        Accordingly, IT IS HEREBY ORDERED that: within twenty-one (21) days of this order,

20   the parties shall address why defendants should not be collaterally estopped from acting contrary

21   to the Gilman decision, why an appropriate remedy in this case should not be a new parole

22   hearing, and the practical effect of the Gilman decision on the Brodheim habeas case, No. 2:06-

23   2326.  Both parties shall file a response that is fifteen pages or less in length.

24   Dated: March 7, 2014

25                                             /s/ Gregory G. Hollows

26                                       UNITED STATES MAGISTRATE JUDGE

27   GGH:076/Brod1512.osc

28